UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| **ROBERT F. LESLIE** ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | No.1:09-0051 |
| ] | Judge Campbell |
| **BARRY WHITT, et al.** ] | |
| Defendants. ] | |

**O R D E R**

By an order (Docket Entry No.44) entered September 14, 2010, the instant action was dismissed for plaintiff's "failure to obtain service of process or comply with the Court's Order".

Presently before the Court is plaintiff's *pro se* "Motion or Petition to Consider New Ramifications of the Dec. 28 or 29th Proceeding at Circuit Ct. Of Giles County which led to Detainment at a Nash. Location from Date of Eruption or Court until Jan. 20th, 2010". Docket Entry No.51.

The Court shall construe plaintiff's Motion as a request to reopen the instant case.

This action has been closed for over three years. The plaintiff does not allege that it was dismissed in error. Nor has he shown a compelling reason to reopen the instant action.

Accordingly, the Court finds no merit in the plaintiff's

1

Motion and said Motion is hereby DENIED.

It is so ORDERED.

_____
Todd Campbell
United States District Judge