UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| ROBERT F. LESLIE | ] | |
| Plaintiff, | ] | |
| | ] | |
| v. | ] | No. 1:09-0051 |
| | ] | Judge Campbell |
| BARRY WHITT, et al. | ] | |
| Defendants. | ] | |

**O R D E R**

The instant action was dismissed by an order (Docket Entry No. 44) entered on September 14, 2010. More than three years later, the plaintiff submitted a *pro se* Motion (Docket Entry No. 51) that was construed as a request to have the instant action reopened. The Court denied said Motion. Docket Entry No.54.

Presently pending is plaintiff's request (Docket Entry No. 56) for the Court to reconsider its decision not to reopen the instant action, along with a ninety (90) page attachment. Docket Entry No. 56-1.

For the reasons previously stated by the Court, the instant action will not be reopened. Therefore, plaintiff's request is DENIED.

It is so ORDERED.

_____
Todd Campbell
United States District Judge